UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BARBARA MCKNIGHT and
SHEILA ANDERSON, Individually
and On Behalf of All Other Persons
Similarly Situated

v.     C.A. No. 16-132 ML

HONEYWELL SAFETY PRODUCTS, USA, et al.

MEMORANDUM AND ORDER

This matter is before the Court on the Report and Recommendation issued by Magistrate Judge Sullivan on November 9, 2016 (Docket #20).  No Objection has been filed and the time for doing so has long passed.  The Court has reviewed the Report and Recommendation and concurs in the Magistrate Judge's findings and recommendations.  Accordingly, the Court adopts the Report and Recommendation in its entirety.  Defendants' Motion to Strike the state class action allegations in Paragraphs 45 to 53 is GRANTED without prejudice.  Defendants' Motion to Strike the Fair Labor Standards Act collective class is DENIED.  The Court notes that, despite the urging of the Magistrate Judge, Plaintiffs have yet to file an Amended Complaint.  Plaintiffs are hereby ordered to file the Amended Complaint within seven (7) days of the entry of this Order.

SO ORDERED:

*/s/ Mary M. Lisi*
Mary M. Lisi
Senior United States District Judge
February 23, 2017